[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-12722

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RICHARD PALACIOS,
a.k.a. Cachinge,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:18-cr-00509-CEH-TGW-3

2                    Opinion of the Court                    22-12722

_____

Before WILLIAM PRYOR, Chief Judge, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

Darlene Calzon Barror, appointed counsel for Richard Palacios in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Palacios's conviction and sentence are **AFFIRMED**.